UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**        ) | Case: 1:26-mj-00024 |
| ) | Assigned To: Judge Upadhyaya, Moxila A. |
| v.                                                          ) | Assign. Date: 2/4/2026 |
| ) | Description: COMPLAINT W/ARREST WARRANT |
| **JOHN ANTHONY III,**                        ) | |
| ) | <u>**UNDER SEAL**</u> |
| *Defendant.*      ) | |
| ) | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Matthew Stanislowski, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging John ANTHONY III with Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2250(b).

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

**PROBABLE CAUSE**

4. On December 5, 2006, John ANTHONY III was convicted of one count of Attempted First Degree Child Sex Abuse in the Superior Court of the District of Columbia in case number 2006 CF1 2568. On November 5, 2008, John ANTHONY III was convicted of one count

of Possessing Material Constituting or Containing Child Pornography in the United States District Court for the District of Columbia in case number 08-cr-081. As a result of ANTHONY's convictions, he was provided with notice that he was required to register as a sex offender for life every ninety days. Due to ANTHONY's prior convictions, he is a sex offender under the Sex Offender Registration and Notification Act (SORNA) and is required to register pursuant to SORNA.

5. An inquiry with the District of Columbia lists ANTHONY as compliant in his sex offense registration, most recently registering on November 28, 2025. His next scheduled date for reporting is February 26, 2026. On the form that ANTHONY signed on November 28, 2025, it reminded ANTHONY that "You are required to appear in person to this office before your next scheduled reporting date to … [r]eport international travel plans 21 days prior to departure." His prior sex offender registration signed on August 26, 2025, also reflects the same language and acknowledgement. ANTHONY is required to report international travel plans to the District of Columbia's Court Services and Offender Supervision Agency (CSOSA) Office of Community Supervision and Intervention Services Sex Offender Registry Unit.

6. ANTHONY reports that he currently resides in the District of Columbia at XX Halley Place SE, Apt XXX, in Washington, DC.

7. On September 29, 2025, ANTHONY began his return flight to the United States on flight AM 2608 from a 5-day trip in Mexico. Specifically, ANTHONY flew from Dulles International Airport (IAD) in Sterling, VA to Mexico City, Mexico via Juarez International Airport (MEX) on September 25, 2025, on flight AM 456. ANTHONY was reported to embark on his return flight at Queretaro Intercontinental Airport (QRO) located in Santiago de Queretaro,

Mexico on September 29, 2025. ANTHONY arrived on September 30, 2025, at Detroit Metropolitan Wayne County Airport (DTW) in Detroit, MI.

8. U.S. Customs and Border Patrol (CBP) TECS and a Homeland Security Investigations (HSI) incident report confirmed that ANTHONY traveled on these flights utilizing US Passport AXXXX6480 for entry to Mexico and re-entry to the United States, which is the US Passport associated with John ANTHONY. Further, upon arrival at DTW, ANTHONY was referred to baggage control and was confirmed in person to be John ANTHONY, DOB 06/■■■■■■.

9. On September 25, 2025, contact was made with the DC Sex Offender Registry, where a Sex Offender Registry Court Supervision Officer verified that ANTHONY was compliant with the registration but did not provide notice of his intent to travel internationally pursuant to the District of Columbia's requirement to do so at least 21 days prior to travel.

## CONCLUSION

10. Based on the foregoing, there is probable cause to believe that John ANTHONY committed the offense of Failure to Register as a Sex Offender in violation of 18 U.S.C. 2250(b).

Respectfully submitted,

Matthew Stanislowski
United States Marshal Service

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) on the 4th of February 2026.

HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE