AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | )  |
|---|---|
| v. | ) |
| John Anthony III (AKA: N/A) | ) Case: 1:26-mj-00024 |
|  | ) Assigned To: Judge Upadhyaya, Moxila A. |
|  | ) Assign. Date: 2/4/2026 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   John Anthony III ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2250(b) (Failure to Register as a Sex Offender).

Date: 02/04/2026

*Issuing officer's signature*

City and state:   Washington, D.C.   Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4 Feb 2026, and the person was arrested on *(date)* 4 Feb 2026
at *(city and state)* Washington DC.

Date: 11 Feb 2026

*Arresting officer's signature*

Daniel G. Dalton
*Printed name and title*